FILED
AUG - 3 1999
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

# United States District Court
EASTERN DISTRICT OF MISSOURI

ROXANNE KERPERIEN,        **JUDGMENT IN A CIVIL CASE**

     Plaintiff(s),

       v.        CASE NUMBER:    4:98 CV 259 LOD

M.I. HOME PRODUCTS, INC.

     Defendant

**X**      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

     **Decision by Court.** This action came before the Court on motion for summary judgment and entry of final judgment. Motions having been decided, and at the direction of the Court, judgment is entered accordingly;

**IT IS HEREBY ORDERED AND ADJUDGED** that final judgment is entered in favor of plaintiff Roxanne Kerperien and against defendant M.I. Home Products, Inc. in the amount of $1,875,000.00, at a post-judgment interest rate of 4.966%.

Robert D. St.Vrain
CLERK

August 3, 1999
DATE

By: _Gilbert N. Beckemeier, III_
Gilbert N. Beckemeier, III
DEPUTY CLERK



UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 08/04/99 by gbeckeme
4:98cv259     Kerperien vs MI Home Products Inc

28:1332 Diversity-Product Liability

```
Debbie Champion   -   2806       Fax: 314-621-3136
Todd Hendrickson  -   6769       Fax: 314-721-4944
Richard Lozano    -  41893       Fax: 314-721-4944
Kevin Marquitz    -  73367       Fax: 314-621-3136
```

SCANNED & FAXED BY:

AUG - 4 1999

K. M. E.